UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL A. ROSEN, INC., DANIEL ROSEN,**<br><br>Defendants. | Civil Action No. 22-6432 (SDW) (CLW)<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**CATHY L. WALDOR, U.S.M.J.**

This comes before the Court, *sua sponte*, concerning recent developments in the underlying matter pending before the Hon. Virginia A. Phillips, U.S.D.J. in the United States District Court for the Central District of California, captioned *Consumer Financial Protection Bureau v. Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, et al.*, Case No. 2:21-cv-07492 (C.D. Cal.). Upon careful consideration of the record for this matter; and in light of Judge Phillips having found good cause to continue the stay in the underlying matter until the United States Supreme Court issues a decision in a separate, legally related piece of litigation; and the Consumer Financial Protection Bureau having represented to Judge Phillips that the Supreme Court may not issue that decision until June 2024; and for good cause shown;

**IT IS** on this 14th day of June 2023,

**ORDERED** that this action is hereby **ADMINISTRATIVELY TERMINATED**. Any party may seek to reinstate this matter, as necessary, after the United States District Court for the Central District of California lifts the stay in the underlying matter; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

<u>**s/ Cathy L. Waldor**</u>
**Hon. Cathy L. Waldor, U.S.M.J.**
